# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, *et al.*, | )<br>) |
| Plaintiffs, | )  Case No. 2:12-cv-01954-JCM-CWH |
| vs. | )  **ORDER** |
| CPT. RICH SUEY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff Anthony Bailey's Motion of Possible Imminent Danger/Retaliation (#11), filed November 30, 2012.

The Court has reviewed the motion and is unable to ascertain what specific relief or action is sought.  To the extent it can be considered a motion, it is denied for failure to failure to file points and authorities in support of the motion.  *See* Local Rule ("LR") 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion.").  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Anthony Bailey's Motion of Possible Imminent Danger/Retaliation (#11) is **denied**.

DATED this 17th day of December, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**