# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY BAILEY, *et al.*,

        Plaintiffs,

vs.

CPT. RICH SUEY, *et al.*,

        Defendants.

Case No.  2:12-cv-01954-JCM-CWH

**ORDER**

        This matter is before the Court on Plaintiff Anthony Bailey's Motion of Possible Imminent Danger/Retaliation (#11), filed November 30, 2012.

        The Court has reviewed the motion and is unable to ascertain what specific relief or action is sought.  To the extent it can be considered a motion, it is denied for failure to failure to file points and authorities in support of the motion.  *See* Local Rule ("LR") 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion.").  Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff Anthony Bailey's Motion of Possible Imminent Danger/Retaliation (#11) is **denied**.

        DATED this 17th day of December, 2012.

        **C.W. Hoffman, Jr.**
        **United States Magistrate Judge**