# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:12-cv-01954-JCM-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| CPT. RICH SUEY, *et al.*, | )<br>) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Strike (#38), filed June 11, 2013. The motion is unopposed.  Pursuant to Local Rule 7-2(d), "[t]he failure to of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike (#38) is **granted**.

DATED: July 17, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**