**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY BAILEY, *et al.*,   )
             Plaintiffs,   )   Case No.  2:12-cv-01954-JCM-CWH
             )
vs.   )   **ORDER**
             )
CPT. RICH SUEY, *et al.*,   )
             Defendants.   )

     This matter is before the Court on Non-Party Harold Marin's Motion for Joinder (#43), filed July 16, 2013.  Marin seeks an order permitting him to join the lawsuit because he too has "been subjected to inhumane living conditions" while housed in the Clark County Detention Center.  This is not a class action.  *See* Order (#40) (denying motion for class certification).  Thus, if Marin seeks to file suit, he must do so separately.   Accordingly,

     **IT IS HEREBY ORDERED** that Non-Party Harold Marin's Motion for Joinder (#43) is **denied**.

     DATED: July 18, 2013.

                                                              _____
                                                             **C.W. Hoffman, Jr.**
                                                             **United States Magistrate Judge**