# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY BAILEY, *et al.*,

    Plaintiffs,

vs.

CPT. RICH SUEY, *et al.*,

    Defendants.

Case No.  2:12-cv-01954-JCM-CWH

**ORDER**

This matter is before the Court on non-Party Lee Reed's Motion for Joinder (#47), filed July 24, 2013, and non-Party Larry McGee's Motion for Joinder (#48), filed July 29, 2013.  This case is not a class action.  *See* Order (#40) (denying class certification).  If non-parties Lee Reed and Larry McGee wish to pursue their claims they must do so by separate suit.  Accordingly,

**IT IS HEREBY ORDERED** that Non-Party Lee Reed's Motion for Joinder (#47) is **denied**.

**IT IS FURTHER ORDERED** that Non-Party Larry McGee's Motion for Joinder (#48) is **denied**.

DATED: July 31, 2013.

                                                    **C.W. Hoffman, Jr.**
                                                    **United States Magistrate Judge**