1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                         **DISTRICT OF NEVADA**

6

7    ANTHONY BAILEY, *et al*.,                    )
                                                  )
8                    Plaintiffs,                  )    Case No.  2:12-cv-01954-JCM-CWH
                                                  )
9    vs.                                          )    **ORDER**
                                                  )
10   CPT. RICH SUEY, *et al*.,                    )
                                                  )
11                   Defendants.                  )
     _____ )

12

13          This matter is before the Court on non-Party Lee Reed's Motion for Joinder (#47), filed July

14   24, 2013, and non-Party Larry McGee's Motion for Joinder (#48), filed July 29, 2013.  This case is

15   not a class action.  *See* Order (#40) (denying class certification).  If non-parties Lee Reed and Larry

16   McGee wish to pursue their claims they must do so by separate suit.  Accordingly,

17          **IT IS HEREBY ORDERED** that Non-Party Lee Reed's Motion for Joinder (#47) is

18   **denied**.

19          **IT IS FURTHER ORDERED** that Non-Party Larry McGee's Motion for Joinder (#48) is

20   **denied**.

21          DATED: July 31, 2013.

22

23

24   _____
     **C.W. Hoffman, Jr.**
25   **United States Magistrate Judge**

26

27

28