# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, *et al.*, | |
| Plaintiffs, | Case No. 2:12-cv-01954-JCM-CWH |
| vs. | **ORDER** |
| CPT. RICH SUEY, *et al.*, | |
| Defendants. | |

This matter is before the Court on non-Party Jerome A. Sears Motion for Joinder (#50), filed August 5, 2013.  Sears, identifying himself as a member of the class and an interested party in this matter, seeks to join this case.  This is not a class action.  *See* Order (#40) (denying class certification).  If Mr. Sears wishes to file suit regarding the conditions of his confinement, he must do so separately and in compliance with all applicable statutes and rules.  Accordingly,

**IT IS HEREBY ORDERED** that non-Party Jerome A. Sears' Motion for Joinder (#50) is **denied**.

DATED: August 7, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**