UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, *et al.*, | ) |
| Plaintiffs, | ) Case No.  2:12-cv-01954-JCM-CWH |
| vs. | ) **ORDER** |
| CPT. RICH SUEY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on non-Party James E. Murdock, Jr.'s Motion for Joinder (#59), filed September 5, 2013, and Defendants' Motion to Strike (#60), filed September 23, 2013. As with others before him, Mr. Murdock seeks to join this case. As the Court has previously stated, this is not a class action and Mr. Murdock has not identified any authority to support his contention that he should be permitted to join this case. The failure to file points and authorities is, standing alone, sufficient to deny the request. *See* Local Rule 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that non-Party James E. Murdock, Jr.'s Motion for Joinder is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Strike (#60) is **denied as moot**.

DATED: October 4, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**