1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY BAILEY, *et al.*,                                     )
                                                              )
                                    Plaintiffs,               )        Case No.  2:12-cv-01954-JCM-CWH
                                                              )
vs.                                                           )        **ORDER**
                                                              )
CPT. RICH SUEY, *et al.*,                                     )
                                                              )
                                    Defendants.               )
_____)

        This matter is before the Court on Defendants' Motion to Revoke Plaintiff Anthony

Bailey's *In Forma Pauperis* Status and Declare Him a Vexatious Litigant (#32), filed April 19,

2013; Plaintiff's Response (#34), filed April 29, 2013; and Defendants' Reply (#35), filed May 9,

2013.

        Plaintiff's motion, including exhibits, is 344 pages long.  Unless instructed otherwise,

Special Order (#109) requires litigants to submit a paper copy to chambers of all electronically filed

documents that exceed fifty (50) pages.  In turn, Local Rule 10-3 requires exhibits submitted to the

Court that are in excess of 100 pages be formatted in a specific manner.  The rule has not been

complied with in regard to Defendants' motion (#32).  Consequently, the Court will deny

Defendants' motion without prejudice.  Defendants are instructed to refile the motion and submit a

paper copy to chamber that is fully compliant with Local Rule 10-3.  The Court anticipates that,

other than formatting changes necessary to bring the submission into compliance, no substantive

changes will occur.  Accordingly, the Court will not require new briefing as the existing response

and reply should suffice.

        Based on the foregoing and good cause appearing therefore,

        **IT IS HEREBY ORDERED** that Defendants' Motion to Revoke Plaintiff Anthony

Bailey's *In Forma Pauperis* Status and Declare Him a Vexatious Litigant (#32) is **denied without prejudice**.  Defendants shall refile the motion and submit a paper copy that fully complies with Local Rule 10-3 to the undersigned's chambers by **Friday, February 21, 2014**.  Unless otherwise ordered, no additional briefing will be required upon resubmission.

DATED: February 13, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**