1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY BAILEY, *et al*.,         )
                                 )
              Plaintiffs,       )    Case No.  2:12-cv-01954-JCM-CWH
                                 )
vs.                            )    **ORDER**
                                 )
CPT. RICH SUEY, *et al*.,        )
                                 )
              Defendants.    )
                                 )

This matter is before the Court on Plaintiff John W. Scott's Motion for Copies (#78), filed February 13, 2014, and Motion for Hearing (#85), filed February 27, 2014.

Plaintiff first requests copies of all documents filed in this case because his copies were lost or misplaced by jail personnel.  The Court will deny the motion without prejudice.  Pursuant to the Court's order (#66), Plaintiff filed an application to proceed *in forma pauperis* on January 28, 2014.  Thus, prior to considering the request to provide copies of all documents on the docket, the Court must first review Plaintiff's application to proceed *in forma pauperis* and screen his complaint.  *See* 28 U.S.C. § 1915(A).  In addition, given that this case is not proceeding as a class action, the Court will also consider whether it is appropriate to sever the claims of Plaintiff Bailey and Plaintiff Scott in moving forward.  *See Lewis v. Nevada*, 2014 WL 65799 (D. Nev.).

The Court has also reviewed Plaintiff's motion (#85), which appears to request that he granted *in forma pauperis* to pursue his appeal.  *See* Notice of Appeal (#76).  He also requests a hearing.  The Ninth Circuit recently entered an order dismissing Plaintiff's appeal (#76). Consequently, the request to proceed *in forma pauperis* on appeal appears moot.  The Court declines to hold a hearing on this motion.  *See* Local Rule 78-2 ("All motions may, in the Court's discretion, be considered and decided with or without a hearing.").

Based on the foregoing and good cause appearing therefore,

1    **IT IS HEREBY ORDERED** that Plaintiff John W. Scott's Motion for Copies (#78) is

2    **denied without prejudice**.

3    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Hearing (#85) is **denied**.

4    DATED: March 6, 2014.

 

 

 

_____

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**