UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BAILEY, *et al.*,  )
                           )
        Plaintiffs,  )  Case No.  2:12-cv-01954-JCM-CWH
                           )
vs.                        )  **ORDER**
                           )
CPT. RICH SUEY, *et al.*,  )
                           )
        Defendants.  )
_____)

        This matter is before the Court on Plaintiff Anthony Bailey's Motion to Recall the Clerk's Judgment (#157), filed March 19, 2015.  The motion is improper.  The judgment Bailey seeks to recall was entered in favor of Defendants against claims asserted by an interested party, Tony G. Hewitt.  Bailey does not have standing or authority to assert claims or file motions on behalf of Hewitt.  Additionally, Bailey's motion to alter or amend judgment under Rules 59 or 60 is not adversely affected by the entry of Clerk's judgment.  Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff's Motion to Recall (#157) is **denied**.

        DATED: March 27, 2015.

                                            _____
                                            **C.W. Hoffman, Jr.**
                                            **United States Magistrate Judge**