**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BAILEY,<br><br>                Plaintiff(s),<br><br>   v.<br><br>RICH SUEY, et al.,<br><br>               Defendant(s). | Case No. 2:12-CV-1954 JCM (CWH)<br><br>ORDER |

Presently before the court is plaintiff Anthony Bailey's application to proceed on appeal *in forma pauperis*. (Doc. # 165). Defendants have not responded.

It appears plaintiff is attempting to proceed *in forma pauperis* during his appeal pursuant to Fed. R. App. P. 24. The court has reviewed plaintiff's application, and finds that it does not comport to Fed. R. App. P. 24(a)(1)(A), because it does not provide the detail required by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Anthony Bailey's application to proceed on appeal *in forma pauperis* (doc. # 165) be, and the same hereby is, DENIED without prejudice.

DATED May 18, 2015.

                                          /s/ James C. Mahan
                                          UNITED STATES DISTRICT JUDGE